A CERTIFIED TRUE COPY
ATTEST
By Dana Stewart on Mar 17, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Mar 02, 2010

FILED
CLERK'S OFFICE

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-13)

**FILED
MARCH 30, 2010**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

On June 10, 2009, the Panel transferred three civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 626 F.Supp.2d 1333 (J.P.M.L. 2009). Since that time, 34 additional actions have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable James Lawrence King.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge King.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of June 10, 2009, and, with the consent of that court, assigned to the Honorable James Lawrence King.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:



Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 17, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION                                                                    MDL No. 2036

### SCHEDULE CTO-13 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**             **CASE CAPTION**

CALIFORNIA CENTRAL
~~CAC  2  10-550~~             ~~Robert Townsend v. Wells Fargo Bank & Co., et al.~~ Opposed 3/17/10

COLORADO
  CO  1  09-2940             Preston & Associated Intn'l, P.C. v. Wells Fargo & Co., et al.

DISTRICT OF COLUMBIA
  DC  1  10-40               Anne-Marie Mascaro v. TD Bank, Inc.

GEORGIA NORTHERN
~~GAN  1  10-271~~             ~~Marlene Willard v. Fifth Third Bancorp~~  Opposed 3/16/10

ILLINOIS NORTHERN
~~ILN  1  09-6655~~            ~~Shannon Schulte v. Fifth Third Bank~~  Opposed 3/16/10
  ILN  1  10-533             Jessica Duval v. Citizens Financial Group, Inc.

MASSACHUSETTS
  MA  1  09-12118            Carly A. Dwyer v. Toronto-Dominion Bank

NEW JERSEY
~~NJ  1  10-136~~              ~~Donald Kimenker v. TD Bank, N.A., et al.~~  Opposed 3/17/10

